UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KAREEM CHAPMAN,  JUDGMENT
 05-CV- 3246 (JG)
                 Petitioner,

   -against-

J. CONWAY,

                 Respondent.
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 7 2005 ★
BROOKLYN OFFICE

     A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 4, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
        October 05, 2005

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court